UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR RENE GARCIA-ZAMBRANO,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Wednesday, June 21, 2006, 2006**, and responses to these motions shall be filed by **Monday, July 3, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions and final trial preparation conference is set for **Wednesday, July 12, 2006, at 4:00 p.m.**  It is

    FURTHER ORDERED that a three-day jury trial is set to commence **Monday, July 24, 2006, at 9:00 a.m.**

    Dated:  May 25, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge