UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR RENE GARCIA-ZAMBRANO,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion for Extension of Time to File Supplement to Motion to Suppress Evidence (Search Warrant) (filed June 23, 2006) is **GRANTED**.  Defendant has up to and including **Thursday, June 29, 2006** in which to file an additional motion or a supplement to the motion to suppress evidence.

    Dated:  June 23, 2006