UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR RENE GARCIA-ZAMBRANO,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on Defendant's Unopposed Motion to Continue Motions Hearing and Jury Trial filed June 28, 2006.  The motion seeks a continuance of the motions hearing/final trial preparation conference set July 12, 2006, and the three-day jury trial set to commence July 24, 2006.  The motion also seeks an additional thirty (30) day extension of time to file motions.

    The motion is granted to the extent it seeks a continuance of the hearing on motions/final trial preparation conference and trial.  Defendant indicates that he needs additional time to file motions and that the time allocated for the hearing on motions is not sufficient.  I further note that the speedy trial deadlines are tolled pursuant to 18 U.S.C. § 3161(h)(1)(F) since the Defendant has filed pretrial motions that have not yet been heard or decided.  However, the motion is denied to the extent it asks that the hearing set July 12, 2006, at 4:00 p.m. be vacated.  This hearing is converted to a status conference, where new dates will be set for the motions hearing and trial.

In conclusion, it is

ORDERED that Defendant's Unopposed Motion to Continue Motions Hearing and Jury Trial filed June 28, 2006, is **GRANTED IN PART AND DENIED IN PART** consistent with this Order.  In accordance therewith, it is

ORDERED that the trial currently set to commence Monday, July 24, 2006, is **VACATED**.  The hearing on pending motions/final trial preparation conference set July 12, 2006, at 4:00 p.m. is converted to a status conference.  It is

FURTHER ORDERED that Defendant's request for an additional thirty (30) days to file motions is **GRANTED**.

Dated:  June 29, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge