UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR RENE GARCIA-ZAMBRANO,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court on Defendant's Unopposed Motion to Continue the *Franks* Hearing currently scheduled for January 11, 2007, at 1:30 p.m. Defendant states in the present motion that "the hearing set for January 11, 2007, was not cleared on undersigned counsel's calendar." Defense Counsel's calendar, however, remains defense counsel's responsibility. This hearing was originally set by a minute order dated November 27, 2006, and counsel has had clear notice of this hearing since that date. Once a hearing is set, counsel has an obligation to notify the court as soon as possible of any conflicts which would require that a hearing be reset.

    Despite the foregoing observation about counsel's obligation to know his calendar, I find that there are grounds to continue the hearing scheduled for January 11, 2007. However, I will order that the parties contact the Court on or before January 19, 2007, in order to Reset this Hearing on a date where counsel is assured to be available and a motion to continue will not be necessary.

Accordingly, it is

ORDERED that Defendant's Unopposed Motion for a Continuance is **GRANTED** and the *Franks* Hearing scheduled for January 11, 2007, at 1:30 p.m. is **VACATED**. It is

FURTHER ORDERED that the parties shall contact the court on or before January 19, 2007, in order to identify a date for rescheduling the hearing.

Dated: January 10, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge