**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | March 30, 2007 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Kara Spitler | | |

_____

Criminal Case No. **06-cr-00172-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

       Plaintiff,

v.

**1. HECTOR RENE GARCIA-ZAMBRANO**,          Harvey A. Steinberg

       Defendant.

_____

**COURTROOM MINUTES**
_____

**CONTINUATION OF HEARING ON PENDING MOTIONS (continued from October 25, 2006)**

**3:08 p.m.**     Court in Session - Defendant present (in-custody)

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

3:10 p.m.     Discussion and argument

**ORDERED:**     Defendant's Motion for Discovery (#16 - 6/20/06) is **GRANTED.**

**ORDERED:**     Defendant's Motion for Disclosure of 404(b) Evidence and 609 Federal Rules of Evidence (#17 - 6/20/06) is **DENIED AS MOOT.**

Judge Wiley Y. Daniel
06-cr-00172-WYD - Courtroom Minutes

---

**ORDERED:** Defendant's Motion for Release of Brady Materials (#18 - 6/20/06) is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion for Discovery (#19 - 6/20/06) is **DENIED AS MOOT.**

**ORDERED:** Defendant's Motion to Preserve Recordings and Notes (#23 - 6/23/06) is **DENIED AS MOOT.**

Defendant's Motion to Suppress Evidence (Arrest Warrant) (#25 - 6/23/06); Defendant's Motion to Suppress Evidence (Search Warrant) (#26 - 6/23/06); Defendant's Motion to Suppress Statements (#27 - 6/23/06); Defendant's Supplemental Motion to Suppress Evidence (Search Warrant) (#52 - 7/28/06); and Defendant's Amended Motion to Suppress Evidence (Search Warrant) (#53 - 7/28/06) are raised for argument.

3:19 p.m.     Government's witness **Shawn Saunders** resumes.

Direct examination by Government continues (Mr. Boma).
*EX ID:       6*

3:24 p.m.     Cross examination by Defendant (Mr. Steinberg).
*EX ID:       AB*

**Exhibit/s AB RECEIVED.**

3:35 p.m.     Re-Direct examination by Government (Mr. Boma).
*EX ID:       AB*

3:39 p.m.     Government's witness **Robert Patrick Fitzgibbons** sworn.

Direct examination by Government (Mr. Boma).

4:01 p.m.     Cross examination by Defendant (Mr. Steinberg).
*EX ID:       AB, 1*

4:35 p.m.     Re-Direct examination by Government (Mr. Boma).
*EX ID:       6*

4:40 p.m.     Government rests

Judge Wiley Y. Daniel
06-cr-00172-WYD - Courtroom Minutes

---

| | |
|---|---|
| 4:40 p.m. | Defendant has no witnesses. |
| 4:40 p.m. | Argument by Defendant (Mr. Steinberg). |
| 4:46 p.m. | Argument by Government (Mr. Boma). |
| 5:02 p.m. | Argument by Defendant (Mr. Steinberg). |

**ORDERED:** Parties shall file supplemental briefs by **Friday, April 20, 2007.**

**ORDERED:** Defendant is **REMANDED** to custody of U.S. Marshal.

**5:10 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:  2:01**