### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    HECTOR GARCIA-ZAMBRANO,

    Defendant.

---

### ORDER SETTING HEARING ON MOTION TO REDUCE BOND

---

Before the Court is Defendant's Motion to Reduce Bond [Docket #101]. Oral Argument was heard on August 8, 2007. Having determined that jurisdiction exists and that reduction is appropriate under the Bail Reform Act, the Court hereby orders that the parties appear before the Court to determine the appropriate reduction to the bond. Counsel shall conference together and contact the Clerk's Office for the Criminal Division to set a hearing during the week of August 13-17, 2007.

Dated at Denver, Colorado, this 9th day of August, 2007.

                                              BY THE COURT:

                                              s/ Michael E. Hegarty
                                              Michael E. Hegarty
                                              United States Magistrate Judge