UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael E. Hegarty | K. Weckwerth |
| United States Magistrate Judge | Deputy Clerk |
| Case Number: 06-cr-00172-WYD | FTR MEH PM |
| Date: August 24, 2007 | |
| UNITED STATES OF AMERICA | Jim Boma |
| v. | |
| HECTOR RENE GARCIA-ZAMBRANO | Harvey Steinberg |

## HEARING ON MOTION TO REDUCE BOND

Court in Session: 3:42 pm

Court calls case and appearances of counsel.  Laura Ansart is present from probation.

Defense addresses the motion [101].  Witness testimony is taken regarding Nebbia requirement.

Government addresses the motion.

Court presents findings.

**ORDERED: Motion [101] is GRANTED.  Bond is reduced to $30,000 with a 10% posting to include all conditions previously imposed by Judge Daniel.**

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 3:57 pm

time in court: 15 minutes