## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     HECTOR GARCIA-ZAMBRANO,

    Defendant.

---

## MINUTE ORDER

---

    Defendant's unopposed Motion for Removal of Ankle Monitor [filed February 6, 2007; doc #115] is hereby **granted**.

    Dated at Denver, Colorado, this 12th day of February, 2008.

                      BY THE COURT:

                      s/ Michael E. Hegarty
                      Michael E. Hegarty
                      United States Magistrate Judge