IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case Number: 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HECTOR GARCIA-ZAMBRANO,

    Defendant.

## ORDER

    THIS MATTER is before the Court in connection with the Government's request that Defendant's bond be revoked. 18 U.S.C. § 3148 provides that "to the extent practicable, a person charged with violating the conditions of release . . . shall be brought before the judicial officer who ordered the release and whose order is alleged to have been violated" for a hearing. Since I granted bond to Defendant on June 4, 2007, the bond revocation hearing would normally be held by me. At this time, however, it is not practicable for Defendant to appear before me for a bond revocation hearing as I am in trial for the next few weeks. Accordingly, it is

    ORDERED that the bond revocation hearing is referred to Magistrate Judge Boland.

Dated: August 1, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge