IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Action No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HECTOR RENE GARCIA-ZAMBRANO,

    Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action remains pending at this time. However, the defendant was remanded to the custody of the United States Marshal on July 31, 2008, by Magistrate Judge Boland finding probable cause to believe that Hector Rene Garcia-Zambrano violated conditions of his bond. The defendant was ordered detained pending resolution of the case at that time and an Order of Detention was entered on August 5, 2008. As a result, the funds securing the bond may be returned to the sureties. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated: November 4, 2008

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge