UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00172-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

HECTOR RENE GARCIA ZAMBRANO,

 Defendant.
_____

**ORDER EXONERATING BOND**
_____

 This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered at the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.

 Accordingly, it is

 ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is

 FURTHER ORDERED that the bail funds or property designated into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated: May 15, 2009

                                                    BY THE COURT:

                                                    s/ Wiley Y. Daniel
                                                    Wiley Y. Daniel
                                                    Chief United States District Judge