**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   06-cr-00172-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  HECTOR RENE GARCIA-ZAMBRANO,

      Defendant.

---

### ORDER FOR TIME SERVED

---

      PURSUANT to and in accordance with the Supervise Release Violation hearing held before the Honorable Wiley Y. Daniel, Senior United States District Judge, on June 26, 2013, it is hereby

      ORDERED that Defendant Hector Rene Garcia-Zambrano is sentenced to TIME SERVED.

      Dated:  June 26, 2013.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            SENIOR UNITED STATES DISTRICT JUDGE